PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYNOR F. PORTILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.D. MELLBERG FINANCIAL OF TEXAS, L.L.C., an Arizona limited liability company; JOSHUA D. MELLBERG, LLC d/b/a J.D. MELLBERG FINANCIAL, an Arizona limited liability company; and DOES 2 - 10, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-09663-PA-E<br><br>**ORDER OF DISMISSAL**<br><br>Filed: December 30, 2016 |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 14, 2017

_____
The Honorable Percy Anderson
United States District Court Judge